GUARANTY TRUST COMPANY OF NEW YORK, Appellant, *v.* ABRAHAM L. GARBAT, Respondent, Impleaded with Others.

Argued March 10, 1942; decided April 23, 1942.

*Edward J. McGratty, Jr.*, for appellant.

*Henry H. Harkavy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LOUGHRAN, J.